# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3512<br><br>Request from Mongolia for Assistance in a Criminal Matter: Mongolian No. 1902007040331 | NO. MC21-0087RSL<br><br>ORDER APPOINTING COMMISSIONER |

Upon application of the United States seeking an order, pursuant to Title 18, United States Code, Section 3512, appointing Sok Tea Jiang, Assistant United States Attorney for the Western District of Washington (or a substitute or successor subsequently designated by the U.S. Attorney's Office for said District), as a commissioner to execute the above-captioned request from Mongolia (the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in Mongolia, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by Title 18, United States Code, Section 3512, that Sok Tea Jiang, Assistant United States Attorney for the Western District of Washington (or a substitute or successor subsequently designated by the U.S. Attorney's Office for said District) is appointed as a commissioner of this Court (the "commissioner") and hereby directed to execute the Request and to take

ORDER APPOINTING COMMISSIONER
USAO No. 2021V00531

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

such steps as are necessary to collect the evidence requested.  In doing so, the commissioner:

1. May issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. Shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Mongolia for which the Ministry of Justice and Home Affairs of Mongolia has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Ministry of Justice and Home Affairs of Mongolia;

3. May, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Mongolia who, as authorized or directed by the commissioner, may direct questions to any witness;

4. May seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected;

5. Shall certify and transmit the evidence collected to the Office of International Affairs, which will transmit it to Mongolia; and

6. May provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

   IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the

ORDER APPOINTING COMMISSIONER
USAO No. 2021V00531

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

DATED this 12th day of August, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Sok Tea Jiang
SOK TEA JIANG
Assistant United States Attorney

ORDER APPOINTING COMMISSIONER
USAO No. 2021V00531

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970